**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 20-7419

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DILADE MCCOY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:14-cr-00044-DJN-2)

Submitted:  June 29, 2021                                    Decided:  July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dilade McCoy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dilade McCoy appeals the district court's order denying relief on his motions seeking compassionate release or, alternatively, that the court recommend to the Bureau of Prisons that McCoy serve the rest of his sentence on home confinement. Having reviewed the record and finding no reversible error, we affirm the decision of the district court. *United States v. McCoy*, No. 3:14-cr-00044-DJN-2 (E.D. Va. Sept. 8, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*